In the Matter of EMRAY REALTY CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Submitted November 15, 1954; decided December 2, 1954.

Motion for reargument denied, with $10 costs. [See 307 N. Y. 772.]

In the Matter of GULF OIL CORPORATION, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Submitted October 18, 1954; decided December 2, 1954.

Motion to amend remittitur denied upon the ground that the order of this court (see 307 N. Y. 342) is not a final determination within the meaning of section 1257 of title 28 of the United States Code. Motion to amend the record on appeal likewise denied.